UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRANCE BRITTON,

    Plaintiff,
v.                                         Case No.  5:21-cv-4-TKW/MJF

JASON KLINGENSMITH, et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 56) and Plaintiff's objection (Doc. 58).  The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).  Based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed because Plaintiff's pleadings are incomprehensible and he repeatedly failed to correct the deficiencies in the pleadings as directed by the magistrate judge.

The Court did not overlook Plaintiff's argument that he is uneducated and that he did not know how to file a proper complaint.  However, as stated in the Report and Recommendation (and as confirmed by the Court's review of the docket), the magistrate judge advised Plaintiff multiple times in simple and straightforward language what he needed to do to file a proper complaint.

Nor did the Court overlook that Plaintiff wants to "press charges" against prison officials for various misdeeds and that he wants the Court to conduct an investigation and "close down" his prison and arrest confinement staff, prison administrators, the warden, and the Secretary of the Florida Department of Corrections (FDOC). However, the Court does not have the authority to provide that relief. Requests for investigations or arrests should be made to the local state attorney or the FDOC Inspector General, not this Court.

Finally, the Court did not overlook Plaintiff's filing titled "Requests All Filings Motions and Summary Dockets Case Review" (Doc. 57). In that filing, Plaintiff requests "leave of the court to proceed with future filings in state court," a list of all the cases he filed in this Court in the past 5 years, and documents from those cases. This Court does not have the authority to permit (or prohibit) future filings in state court, so that request for relief will be denied. However, the Court will refer Plaintiff's request for information about his prior cases to the Clerk for an appropriate response.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED with prejudice** pursuant to 28 U.S.C. §§1915(e)(2)(B)(i) and (ii) and 1915A(b)(1).

3. All relief requested in Plaintiff's filing titled "Requests All Filings Motions and Summary Dockets Case Review" (Doc. 57) is **DENIED**, except that the Clerk shall respond to Plaintiff's request for information about his prior cases in this Court and the process for obtaining copies of documents in those cases.

4. The Clerk shall close the case file.

**DONE and ORDERED** this 8th day of August, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**